UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

        - against -                  10 Cr. 417 (JGK)

SAMARTH AGRAWAL,                SPEEDY TRIAL ORDER

                Defendant.

---

JOHN G. KOELTL, District Judge:

The <u>Curcio</u> hearing is continued to **July 28, 2010, at 11:00 a.m.**

In order to assure the effective assistance of counsel and to allow the defendant to consider any potential conflicts of interest, the Court prospectively excludes the time from today, **July 22, 2010**, until **July 28, 2010**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
           July 22, 2010

                                            John G. Koeltl
                                    United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-23-10