IVAN STEPHAN FISHER

ATTORNEY AT LAW

125 EAST 50TH STREET

NEW YORK, NEW YORK 10022

EMAIL: IVANFISHER@IVANFISHER.COM                          TELEPHONE: (212) 517-5000

FASCIMILE: (917) 322-5501                                               MOBILE: (917) 972-7900

BY FAX                                                                       March 2, 2011

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
New York, New York 10007

      Re: US v Samarth Agrawal
          10 Cr. 417 (JSR)

Dear Judge Rakoff,

      I neglected, after the imposition of sentence on Monday, to request the Court to recommend to the Bureau of Prisons that the defendant be designated to the Fort Dix facility in New Jersey.  Almost all of the defendant's friends live in the New York City / New Jersey area and the location of the Fort Dix facility would make more convenient their ability to visit with Mr. Agrawal.  The defendant's immediate family will be returning to India quite shortly and not likely be able to visit with him again until his release.

Very truly yours.

Ivan Fisher

cc: AUSA Thomas GA Brown
    AUSA Daniel Levy